JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| CARLOTTA MIRAFLOR, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>PEACHSTATE HEALTH MANAGEMENT, LLC, dba AEON GLOBAL HEALTH, a business entity from unknown; SONNY ROSHAN, an individual; DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 5:17-cv-02046-DSF-SP<br><br>**ORDER ON STIPULATION OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

1  Having considered the parties' Stipulation of Voluntary Dismissal of Entire
2  Action With Prejudice, and good cause appearing therefore:
3  IT IS HEREBY ORDERED THAT the action is dismissed with prejudice and
4  that each party shall bear its own attorneys' fees and costs of suit.

7  IT IS SO ORDERED.

10  Dated: September 6, 2022

                                              Honorable Dale S. Fischer
                                              UNITED STATES DISTRICT JUDGE